UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC CHRISTIAN<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF JOE LOMBARDO et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-01707-RFB-DJA<br><br>**ORDER** |

　　　　This action, which was opened in error as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, was administratively closed by the Clerk's Office on July 3, 2017, after it determined Mr. Christian's filing was actually a motion to vacate pursuant to 28 U.S.C. § 2255. The petition was refiled in Christian's underlying criminal case, 2:09-cr-303-RFB-VCF, and subsequently denied on September 16, 2020. See 2:09-cr-303-RFB-VCF, ECF No. 467. The docket reflects that notice of the closure of this civil case was mailed to Mr. Christian. As this is a closed and improperly commenced case, IT IS THEREFORE ORDERED that all pending motions (ECF Nos. 45, 46, 47, 50, 52, 53, 55, 56, 60, and 63) and the following filings (ECF Nos. 48, 49, 51, 54, 57, 58, 59, 61, and 62) are STRICKEN. Mr. Christian is advised again that **no further documents or motions may be filed in this now closed case.**

　　　　The Clerk of Court is kindly instructed to mail a copy of this order to Mr. Christian.

**DATED:** July 31, 2024.



_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**